

**SO ORDERED.**

**SIGNED this 19 day of January, 2011.**

_____
**JOHN T. LANEY, III
CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

United States Bankruptcy Court
Middle District of Georgia
Columbus Division

| | |
|---|---|
| In Re:  Michael Thomas<br>1327 Rigdon Road<br>Columbus, GA 31906<br><br>XXX-XX-9882 | Chapter 13<br><br>Case No: 09-41062-JTL |

Order Lowering Claim

    The objection of the Chapter 13 Trustee to claim # 12 filed by Rhodes Furniture-Hrs Usa, Po Box 5238 , Carol Stream, IL 60197, having been served upon the claimant and other parties of interest, and no response to said objection having been filed/or any filed response has been resolved or withdrawn, it is hereby

    ORDERED that claim # 12 filed by Rhodes Furniture-Hrs Usa, be lowered to the amount paid to date .

END OF DOCUMENT

John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151